

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAKUB MADEJ, <br><br> Plaintiff, <br><br> v. <br><br> DISCOVER FINANCIAL SERVICES, INC., <br><br> Defendant. | Civil Action No. 21-cv-1941 <br><br> JURY TRIAL DEMANDED <br><br> APRIL 26, 2021 <br><br> 47 U.S.C. § 227 (TCPA) |

## REQUEST TO ISSUE SUMMONS

TO CLERK OF COURT, NORTHERN DISTRICT OF ILLINOIS:

I respectfully request, pursuant to Rule 4(b) of the Federal Rules of Civil Procedure, that you sign, seal, and issue the attached summons to all defendants in the above-captioned case. Once issued, please send the summons by e-mail or file it on the public docket.

Respectfully submitted,

DATED: April 26, 2021.   By: /s/ Jakub Madej
Jakub J. Madej
415 Boston Post Rd, Ste 3-1102
Milford, CT 06460
T: (203) 928-8486
F: (203) 902-0070
E: j.madej@lawsheet.com

— 1 —

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

Jakub Madej

*Plaintiff(s)*

v.   Civil Action No. 1:21-cv-1941

DISCOVER FINANCIAL SERVICES, INC.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DISCOVER FINANCIAL SERVICES, INC.
c/o CT CORPORATION SYSTEM
208 SO LASALLE ST, SUITE 814
CHICAGO, IL 60604

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jakub Madej
415 Boston Post Rd, Ste 3-1102
Milford, CT 06460

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/26/2021

*Signature of Clerk or Deputy Clerk*